IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUSTIN LAYNE DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | CV 20–86–M–DLC <br><br><br> ORDER |

On December 11, 2020, this Court ordered Plaintiff Justin Layne Davis to show cause on or before December 18, 2020 why service on the Defendant was not timely accomplished. (Doc. 2 at 2.) This deadline has come and gone, but Mr. Davis has not shown any cause, whatsoever. As this Court previously warned Mr. Davis (*Id.* at 1), under these circumstances the Court is authorized to dismiss the action without prejudice. Fed. R. Civ. P. 4(m).

Accordingly, based on Mr. Davis' failure to show cause as previously ordered by the Court, or otherwise timely accomplish service on the Defendant, the above-captioned matter is DISMISSED without prejudice.

The Clerk of Court is ordered to close the case file.

DATED this 22nd day of December, 2020.

*Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court